United States Bankruptcy Court for the:

Western District of Kentucky

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Calvert City Quarry, LLC |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

83-1198114

4. **Debtor's address**

**Principal place of business**

5229 Industrial Parkway
Number     Street

Calvert City          KY     42029
City                    State    ZIP Code

Marshall County
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City          State     ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Calvert City Quarry, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

212312

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ____ / ____ / _____ Case number _____
    MM / DD / YYYY

    District _____ When ____ / ____ / _____ Case number _____
    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

    District _____ When ____ / ____ / _____
        MM / DD / YYYY

    Case number, if known _____

| Debtor | Calvert City Quarry, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in _this district_?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Calvert City Quarry, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**█ Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/27/2021
                MM / DD / YYYY

✘ /s/ James C Bailey
Signature of authorized representative of debtor

James C Bailey
Printed name

Title  Managing Member

---

**18. Signature of attorney**

✘ /s/ Todd Farmer
Signature of attorney for debtor

Date   10/27/2021
        MM / DD / YYYY

Todd Farmer
Printed name

Farmer & Wright
Firm name

4975 Alben Barkley Drive Suite 1
Number         Street

Paducah                          KY         42001
City                             State      ZIP Code

2704434431                       todd@farmerwright.com
Contact phone                    Email address

86214                            KY
Bar number                       State

---

**United States Bankruptcy Court**

**IN RE:**                                                                      Case No._____

Calvert City Quarry, LLC
_____    Chapter  11
                                                                                    _____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| James C. Bailey<br>, | 100.00 | Managing member |

**Fill in this information to identify the case:**

Debtor name _____Calvert City Quarry, LLC_____

United States Bankruptcy Court for the: _____Western District of Kentucky_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................

   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................

   $ 3,474,540.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..............................................................

   $ 3,474,540.00

## Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................................

   $ 5,944,677.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................................................

   $ 534,576.33

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................................................

   +$ 8,896,989.56

4. **Total liabilities** ............................................................................................................................................................
   Lines 2 + 3a + 3b

   $ 15,376,242.89

**Fill in this information to identify the case:**

Debtor name ___Calvert City Quarry, LLC___

United States Bankruptcy Court for the: ___Western District of Kentucky___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an _insider_, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bailey Port, Inc. 1290 Shar Cal Road Calvert City, KY, 42029 | | | | | | 6,016,947.00 |
| 2 | James C Bailey | | | | | | 1,361,535.00 |
| 3 | Small Business Adminstration | | | | | | 404,431.00 |
| 4 | Boyd CAT \| Whayne Supply Company Department 8326 Carol Stream, IL, 60122-8326 | | | | | | 347,031.00 |
| 5 | Furukawa Finance | | | Unliquidated | | | 185,542.00 |
| 6 | Internal Revenue Service | | Taxes & Other Government Units | | | | 164,727.00 |
| 7 | PowerPlan PO Box 4450. Carol Stream, IL, 60197-4450 | | | | | | 103,728.00 |
| 8 | Internal Revenue Service | | Taxes & Other Government Units | | | | 102,000.00 |

Debtor    Calvert City Quarry, LLC
_____    Case number (*if known*)_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Kentucky Revenue Cabinet | | Taxes & Other Government Units | | | | 96,452.00 |
| 10  J.W. Jones Company, LLC c/o Robert L. Prince P.O. Box 466 Benton, KY, 42025-0466 | | | | | | 72,833.07 |
| 11  BB&T | | | | | | 47,201.00 |
| 12  Marshall County, Kentucky Marshall County Attorney 80 Judicial Drive, Unit 130 Benton, KY, 42025 | | Taxes & Other Government Units | | | | 44,100.00 |
| 13  S&S Salvage LLC 501 Us Highway 41A North Providence, KY, 42450 | | | | | | 31,550.00 |
| 14  Kentucky Division of Unemployment | | Taxes & Other Government Units | | | | 30,768.00 |
| 15  Reliable Electric, LLC 1508 Iuka Rd Grand Rivers, KY, 42045 | | | | | | 30,482.00 |
| 16  Kentucky Department of Revenue | | Taxes & Other Government Units | | | | 29,619.00 |
| 17  Marshall County Benton, KY, 42025 | | Taxes & Other Government Units | | | | 29,500.00 |
| 18  Kentucky Department of Revenue PO Box 5222 Frankfort, KY, 40620-0004 | | Taxes & Other Government Units | | | | 25,523.33 |
| 19  Lease One Magnolia, LLC | | | | | | 25,000.00 |
| 20  Erb Equipment Company 6115 US Highway 45 South Paducah, KY, 42001 | | | | | | 23,630.48 |

**Fill in this information to identify the case:**

Debtor name _Calvert City Quarry, LLC_

United States Bankruptcy Court for the: _Western District of Kentucky_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | FNB Bank | Checking | ___ ___ ___ ___ | $ 799.00 |
| 3.2. | BB&T | Checking | ___ ___ ___ ___ | $ 7,000.00 |

4. **Other cash equivalents** *(Identify all)*

4.1. _____  $_____
4.2. _____  $_____

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 7,799.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____  $_____
7.2. _____  $_____

Debtor    Calvert City Quarry, LLC
_____    Case number (if known)_____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 63,369.00 | – | 7,751.00 | = ....➔ | $ 55,618.00 |
| 11b. Over 90 days old: | 0.00 | – | 0.00 | = ....➔ | $ 0.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 55,618.00

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                              % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor        Calvert City Quarry, LLC
              _____        Case number *(if known)*_____
              Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** 2000 tons of Aggregate Rock | _____ MM / DD / YYYY | 20,000.00 $_____ | _____ | 20,000.00 $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 20,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Case 21-50418-acs    Doc 1    Filed 10/27/21    Entered 10/27/21 16:02:27    Page 12 of 59

Debtor    Calvert City Quarry, LLC
          _____    Case number (if known)_____
          Name

33.  **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40.  **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Office Furniture Fixtures and Equipment | $ 4,623.00 | _____ | $ 4,623.00 |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43.  **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 4,623.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Calvert City Quarry, LLC
          _____
          Name                                          Case number *(if known)*_____

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Vehicles | $18,000.00 | | $18,000.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $3,368,500.00 | | $3,368,500.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                          $3,386,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor _____    Case number *(if known)* _____
Calvert City Quarry, LLC
       Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Debtor leases a rock quarry from Bailey Port, Inc. | Long Term Lease | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 0.00<br>$_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $_____ |
|---|

Debtor    Calvert City Quarry, LLC
_____
Name

Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜  $_____
                             Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

ERC Credit - IRS _____    Tax year  2020____    $ Unknown_____

_____    Tax year _____    $_____

_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Calvert City Quarry, LLC _____    Case number *(if known)* _____
            Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 7,799.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 55,618.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4,623.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 3,386,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 3,474,540.00 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................  3,474,540.00 ...................................... $ 3,474,540.00

| Debtor 1 | Calvert City Quarry, LLC | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

### Continuation Sheet for Official Form 206 A/B

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Business Equipment** | 2,738,500.00 | | 2,738,500.00 |
| **Bomag Roller** | 30,000.00 | | 30,000.00 |
| **NPK GH10 Breaker** | 50,000.00 | | 50,000.00 |
| **2016 Furukawa Drill** | 150,000.00 | | 150,000.00 |
| **CAT 349** | 400,000.00 | | 400,000.00 |

**Fill in this information to identify the case:**

Debtor name __Calvert City Quarry, LLC__

United States Bankruptcy Court for the: __Western District of Kentucky__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>CAT Financial | Describe debtor's property that is subject to a lien<br>CAT 349 | $ 458,315.00 | $ 400,000.00 |

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** Creditor's name<br>FNB Bank | Describe debtor's property that is subject to a lien<br>Business Equipment | $5,309,000.00 | $2,738,500.00 |

Creditor's mailing address
101 East Broadway
Mayfield, KY 42066

Creditor's email address, if known
_____

Describe the lien
lien against all equipment and business asse

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $ 5,944,677.00

Debtor    **Calvert City Quarry, LLC**

Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**
John Deere Credit

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

NPK GH10 Breaker

$39,002.00    $50,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.4** **Creditor's name**
John Deere Credit

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Bomag Roller

$38,454.00    $30,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  Calvert City Quarry, LLC
        Name

Case number *(if known)*_____

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name
John Deere Credit

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$99,906.00    $0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.6** Creditor's name
Tristate Construction, LLC

_____

**Creditor's mailing address**

3595 Park Avenue
Paducah, KY 42001

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Office Furniture Fixtures and Equipment

$ Unknown    $ 4,623.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Debtor    Calvert City Quarry, LLC
_____    Case number (if known) _____
          Name

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor: Calvert City Quarry, LLC

United States Bankruptcy Court for the: Western District of Kentucky

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>City of Calvert<br>c/o Keuler, Kelly, Hutchins, Blankenship & Sigler, LLP<br>100 S 4th St #400<br>Paducah, KY, 42001 | **As of the petition filing date, the claim is:** $ 11,887.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ |

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address**<br>Internal Revenue Service | **As of the petition filing date, the claim is:** $ 164,727.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 164,727.00 |

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address**<br>Internal Revenue Service | **As of the petition filing date, the claim is:** $ 102,000.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 102,000.00 |

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.4 Priority creditor's name and mailing address**

Kentucky Department of Revenue
PO Box 5222
Frankfort, KY, 40620-0004

$ 25,523.33    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.5 Priority creditor's name and mailing address**

Kentucky Department of Revenue

$ 29,619.00    $ 29,619.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.6 Priority creditor's name and mailing address**

Kentucky Division of Unemployment

$ 30,768.00    $ 30,678.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.7 Priority creditor's name and mailing address**

Kentucky Revenue Cabinet

$ 96,452.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Debtor ___Calvert City Quarry, LLC_____    Case number _(if known)_____
      Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.8 Priority creditor's name and mailing address**
Marshall County
Benton, KY, 42025

Total claim: $ 29,500.00
Priority amount: $ 29,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.9 Priority creditor's name and mailing address**
Marshall County, Kentucky
Marshall County Attorney
80 Judicial Drive, Unit 130
Benton, KY, 42025

Total claim: $ 44,100.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. Priority creditor's name and mailing address**

Total claim: $ _____
Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2. Priority creditor's name and mailing address**

Total claim: $ _____
Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____Calvert City Quarry, LLC_____
       Name

Case number (*if known*) _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Applied Industrial Technologies
4037 Clarks River Rd
Paducah, KY, 42003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,386.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Atlas Equipment Services
PO Box 554
Mayfield, KY, 42066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 18,896.23

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Auto Tire & Parts
PO Box 560
Cape Girardeau, MO, 63702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,600.71

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Bailey Port, Inc.
1290 Shar Cal Road
Calvert City, KY, 42029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,016,947.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
BB&T

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 47,201.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Boyd CAT | Whayne Supply Company
Department 8326
Carol Stream, IL, 60122-8326

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 347,031.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Brenda Scott
c/o Whitlow, Roberts, Houston & Straub
PO Box 995
Paducah, KY, 42002-0995

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.8** Nonpriority creditor's name and mailing address

Brooks Motor & Electric
506 East Happy Valley St
Cave City, KY, 42127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,670.80

---

**3.9** Nonpriority creditor's name and mailing address

Certified Laboratories
23261 Network Pl
Chicago, IL, 60673-1232

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 567.01

---

**3.10** Nonpriority creditor's name and mailing address

Construction Machinery Company
2911 S English Station Rd
Louisville, KY, 40299

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,043.00

---

**3.11** Nonpriority creditor's name and mailing address

Deister Machine Company, Inc
P.O. Box 1
Fort Wayne, IN, 46801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,352.68

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Erb Equipment Company
6115 US Highway 45 South
Paducah, KY, 42001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 23,630.48

---

**3.13** Nonpriority creditor's name and mailing address

Fluid Power Services
193 Cedar Lane, Po Box 513
Madisonville, KY, 42431

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 9,500.00

---

**3.14** Nonpriority creditor's name and mailing address

Franklin Rock and Recycle
P.O. Box 133
Smithville, IN, 47458

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 8,505.00

---

**3.15** Nonpriority creditor's name and mailing address

Furukawa Finance

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 185,542.00

---

**3.16** Nonpriority creditor's name and mailing address

Hagan & Stone Wholesale, Inc.
1387 N Main St
P.O. Box 158
Tompkinsville, KY, 42167

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 1,698.01

Debtor _____Calvert City Quarry LLC_____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.17** Nonpriority creditor's name and mailing address

Hannan Supply
1565 N 8th St
Paducah, KY, 42001

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 18,973.01

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Henry A Petter Supply Co
P.O. Box 2350 Charter Oak Dnve used  â'h,'î:
5110 Charter Oak Dr
Paducah, KY, 42001

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,975.90

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Heritage Petroleum, LLC
P.O. Box 6850
Evansville, IN, 47719

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 7,787.84

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

HTA Enterprises, Inc.
5923 Pendleton Rd,
Louisville, KY, 40272

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,744.40

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Industrial Machine Services, Inc.
2360 Anton Rd
Madisonville, KY, 42431

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 10,520.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____Calvert City Quarry LLC_____
      Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.22**   **Nonpriority creditor's name and mailing address**

J.W. Jones Company, LLC
c/o Robert L. Prince
P.O. Box 466
Benton, KY, 42025-0466

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 72,833.07

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.23**   **Nonpriority creditor's name and mailing address**

Jake Boren
c/o Whitlow, Roberts, Houston & Straub
PO Box 995
Paducah, KY, 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.24**   **Nonpriority creditor's name and mailing address**

James C Bailey

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,361,535.00

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.25**   **Nonpriority creditor's name and mailing address**

John Fabick Tractor
PO Box 952121
Saint Louis, MO, 63195-2121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,467.79

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.26**   **Nonpriority creditor's name and mailing address**

K & L Clutch & Transmission
3529 S Raider Dr
Hurst, TX, 76053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,058.92

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

Debtor  Calvert City Quarry LLC

Name

Case number (if known)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** **27**   Nonpriority creditor's name and mailing address

Kentucky Publishing. Inc
1540 McCracken Blvd
Paducah, KY, 42001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,951.07

---

**3.** **28**   Nonpriority creditor's name and mailing address

Landers Explosives, Inc.
16785 N State Road 66
Cannelton, IN, 47520

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,820.99

---

**3.** **29**   Nonpriority creditor's name and mailing address

Landers Trucking & Excavating. Inc.
16785 N State Road 66
Cannelton, IN, 47520

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,896.80

---

**3.** **30**   Nonpriority creditor's name and mailing address

Lease One Magnolia, LLC

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 25,000.00

---

**3.** **31**   Nonpriority creditor's name and mailing address

Madisonville Tire & Retreading
c/o Thomas E Springer III
18 Court St
Madisonville, KY, 42431

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,252.44

---

Debtor ___Calvert City Quarry LLC_____  Case number _(if known)_____
                Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.32** **Nonpriority creditor's name and mailing address**

Mine and Mill Supply Company LLC
370 Mine Equipment Rd
Dawson Springs, KY, 42408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,300.00

---

**3.33** **Nonpriority creditor's name and mailing address**

PowerPlan
PO Box 4450.
Carol Stream, IL, 60197-4450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 103,728.00

---

**3.34** **Nonpriority creditor's name and mailing address**

Powerscreen Crushing & Screening
11901 Westport Rd
Louisville, KY, 40245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,500.00

---

**3.35** **Nonpriority creditor's name and mailing address**

Powerscreen Parts & Service. LLC
11901 Westport Rd
Louisville, KY, 40245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,602.61

---

**3.36** **Nonpriority creditor's name and mailing address**

Reliable Electric, LLC
1508 Iuka Rd
Grand Rivers, KY, 42045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,482.00

---

Debtor    Calvert City Quarry LLC
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 37  **Nonpriority creditor's name and mailing address**

S&S Salvage LLC
501 Us Highway 41A North
Providence, KY, 42450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,550.00

---

**3.** 38  **Nonpriority creditor's name and mailing address**

Seay Oil Company Inc.
PO Box 1147
Hopkinsville, KY, 42241-114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,400.24

---

**3.** 39  **Nonpriority creditor's name and mailing address**

Small Business Adminstration

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 404,431.00

---

**3.** 40  **Nonpriority creditor's name and mailing address**

Sunbelt Rentals Inc.
PO Box 409211
Atlanta, GA, 30384-9211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21,225.80

---

**3.** 41  **Nonpriority creditor's name and mailing address**

United Rentals
PO Box 100711
Atlanta, GA, 30384-0711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,038.93

---

Debtor _____Calvert City Quarry LLC_____    Case number (if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42  **Nonpriority creditor's name and mailing address**

VCE Technical (VCE Inc. )
PO Box 25285
Nashville, TN, 37202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,358.01

---

**3.** 43  **Nonpriority creditor's name and mailing address**

Wil-Mar Hydraulics & Machine, Inc.
PO Box 329
Hanson, KY, 42413-0329

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,640.94

---

**3.** 44  **Nonpriority creditor's name and mailing address**

Xylem Dewatering Solutions
1800 Supply Rd
Carterville, IL, 62918

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,343.83

---

**3.**____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.**____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

Debtor  Culver City Quarry, LLC
        Name
                                                    Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 534,576.33 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 8,896,989.56 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 9,431,565.89 |

**Fill in this information to identify the case:**

Debtor name _Calvert City Quarry, LLC_

United States Bankruptcy Court for the: _Western District of Kentucky_

Case number (If known): _____  Chapter _11_

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — land lease <br><br> State the term remaining — 36 months <br><br> List the contract number of any government contract | Bailey Port, Inc, <br> P.O. Box 290 <br> Calvert City, KY, 42029 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

---

**Fill in this information to identify the case:**

Debtor name _Calvert City Quarry, LLC_

United States Bankruptcy Court for the: _Western District of Kentucky_

Case number (If known): _____

---

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. Does the debtor have any codebtors? |
|---|
| ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Bailey Port | Bailey Port<br>1290 Shar Cal Road<br>Calvert City, KY 42029 | FNB Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 James C. "Sonny" Ba | James C. "Sonny" Bailey<br>P.O. Box 1290<br>Calvert City, KY 42029 | Tristate Construction, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Bailey Port, Inc. | | Tristate Construction, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 James. C. "Sonny" B | James. C. "Sonny" Bailey<br>1290 Shar Cal Road<br>Calvert City, KY 42029 | FNB Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Calvert City Quarry, LLC___

United States Bankruptcy Court for the: ___Western District of Kentucky___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY  to | Filing date | ☑ Operating a business<br>☐ Other | $          306,662.00 |
   | **For prior year:** | From 01/01/2020<br>MM / DD / YYYY  to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $          137,447.00 |
   | **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY  to | _____<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $                 0.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY  to | Filing date | _____ | $                 0.00 |
   | **For prior year:** | From 01/01/2020<br>MM / DD / YYYY  to | 12/31/2020<br>MM / DD / YYYY | _____ | $                 0.00 |
   | **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY  to | _____<br>MM / DD / YYYY | _____ | $                 0.00 |

| Debtor | Calvert City Quarry, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Lease One Magnolia<br>Creditor's name | _____<br>_____<br>_____ | $ 7,157.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | Jw Jones<br>Creditor's name | _____<br>_____<br>_____ | $ 23,987.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____<br>_____<br>_____ | $ _____ | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $ _____ | |
| | **Relationship to debtor**<br>_____ | | | |

| Debtor | Calvert City Quarry, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Boyd CAT \| Whayne Supply Company<br>Creditor's name<br>Department 8326<br>Carol Stream, IL 60122-8326 | Cat 349 Excavator | 09/2021 | $ 450,000.00 |
| 5.2. | CAT Financial<br>Creditor's name | CAT 349 | 09/2021 | $ 400,000.00 |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |

Last 4 digits of account number: XXXX– _____

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | City of Calvert v. Calvert City Quarry, LLC<br><br>**Case number**<br>18-CI-00426 | | Marshall Circuit Court<br><br>80 Judicial Drive<br>Benton, KY 42025 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Madisonville Tire & Retreading v. Calvert City Quarry, LLC<br><br>**Case number**<br>21-CI-00167 | | Marshall Circuit Court<br><br>80 Judicial Drive<br>Benton, KY 42025 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Calvert City Quarry, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | Calvert City Quarry, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

Debtor   Calvert City Quarry, LLC
_____   Case number (if known)_____
         Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Ritchie Brothers | 4 pieces of equipment | 01/18/2021 | $ 115,100.00 |
| | **Address**<br>5667 Gibraltar Drive<br>Atlanta,  94588-8528 | | | |
| | **Relationship to debtor**<br>none | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

---

Debtor      Calvert City Quarry, LLC                                              Case number (if known)_____
            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
            Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Calvert City Quarry, LLC
_____    Case number *(if known)*_____
         Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

| Debtor | Calvert City Quarry, LLC | Case number *(if known)* |
|--------|--------------------------|--------------------------|
|        | Name                     |                          |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
|                          |                          |                             | $_____ |
| Name                     |                          |                             |       |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
|            |                                  |                    | ☐ Pending |
| Case number | Name | | ☐ On appeal |
|            |                                  |                    | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|-----------------------------|----------------|
| Name                  | Name                                |                             |                |

---

Debtor    Calvert City Quarry, LLC
_____
Name

Case number *(if known)*_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |

---

Debtor    Calvert City Quarry, LLC
          _____    Case number (*if known*)_____
          Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Wayne Shelton, CPA _____ Name | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____ Name | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ Name | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____ Name | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ Name | |

---

Debtor    Calvert City Quarry, LLC
_____
Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. FNB Bank
_____
Name

| Name and address |
|---|

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

Debtor    Calvert City Quarry, LLC
_____    Case number *(if known)*_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2.    _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James C. Bailey | , | Managing Member | 100.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.    _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    Calvert City Quarry, LLC
_____    Case number *(if known)*_____
Name

| | | |
|---|---|---|
| **Name and address of recipient** | _____ | _____ |
| 30.2 _____ | | _____ |
| Name | | |
| | | _____ |
| | | _____ |
| **Relationship to debtor** | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/27/2021
            MM  / DD  / YYYY

✖ /s/ James C Bailey                                        Printed name  James C Bailey
_____                                  _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Managing Member
                                  _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Debtor Name    Calvert City Quarry, LLC

Case number *(if known)*

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

**Boyd CAT,**                    **$25,010.00**

**Warex,**                       **$10,297.00**

**,**                            **$20,000.00**


**5) Repossessions, foreclosures, and returns**

**John Deere**                  **$150,000.00**      **350 Excavator**    **09/2021**
**Credit**


**7) Legal Actions**

**J.W. Jones Company, LLC v. Calvert City Quarry, LLC**

**21-CI-00012**

**Marshall Circuit Court**

**80 Judicial Drive, Benton, KY 42025**

**Pending**

**-------**

**Fill in this information to identify the case and this filing:**

Debtor Name __Calvert City Quarry, LLC_____

United States Bankruptcy Court for the: __Western District of Kentucky____

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/27/2021__         ✖ /s/ James C Bailey
        MM / DD / YYYY          Signature of individual signing on behalf of debtor

                           James C Bailey
                           Printed name

                           Managing Member
                           Position or relationship to debtor

United States Bankruptcy Court

Western District of Kentucky

In re:  Calvert City Quarry, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____10/27/2021_____

/s/ James C Bailey
_____
Signature of Individual signing on behalf of debtor

Managing Member
_____
Position or relationship to debtor

Applied Industrial Technologies
4037 Clarks River Rd
Paducah, KY 42003

Atlas Equipment Services
PO Box 554
Mayfield, KY 42066

Auto Tire & Parts
PO Box 560
Cape Girardeau, MO 63702

Bailey Port
1290 Shar Cal Road
Calvert City, KY 42029

Bailey Port, Inc,
P.O. Box 290
Calvert City, KY 42029

Bailey Port, Inc.
1290 Shar Cal Road
Calvert City, KY 42029

Bailey Port, Inc.

BB&T

Boyd CAT | Whayne Supply Company
Department 8326
Carol Stream, IL 60122-8326

Brenda Scott
c/o Whitlow, Roberts, Houston & Straub
PO Box 995
Paducah, KY 42002-0995

Brooks Motor & Electric
506 East Happy Valley St
Cave City, KY 42127

CAT Financial

Certified Laboratories
23261 Network Pl
Chicago, IL 60673-1232

City of Calvert
c/o Keuler, Kelly, Hutchins, Blankenship
100 S 4th St #400
Paducah, KY 42001

Construction Machinery Company
2911 S English Station Rd
Louisville, KY 40299

Deister Machine Company, Inc
P.O. Box 1
Fort Wayne, IN 46801

Erb Equipment Company
6115 US Highway 45 South
Paducah, KY 42001

Fluid Power Services
193 Cedar Lane, Po Box 513
Madisonville, KY 42431

FNB Bank
101 East Broadway
Mayfield, KY 42066

Franklin Rock and Recycle
P.O. Box 133
Smithville, IN 47458

Furukawa Finance

Hagan & Stone Wholesale, Inc.
1387 N Main St
P.O. Box 158
Tompkinsville, KY 42167

Hannan Supply
1565 N 8th St
Paducah, KY 42001

Henry A Petter Supply Co
P.O. Box 2350 Charter Oak Dnve used  â'h
5110 Charter Oak Dr
Paducah, KY 42001

Heritage Petroleum, LLC
P.O. Box 6850
Evansville, IN 47719

HTA Enterprises, Inc.
5923 Pendleton Rd,
Louisville, KY 40272

Industrial Machine Services, Inc.
2360 Anton Rd
Madisonville, KY 42431

Internal Revenue Service

J.W. Jones Company, LLC
c/o Robert L. Prince
P.O. Box 466
Benton, KY 42025-0466

Jake Boren
c/o Whitlow, Roberts, Houston & Straub
PO Box 995
Paducah, KY 42002-0995

James C Bailey

James C. "Sonny" Bailey
P.O. Box 1290
Calvert City, KY 42029

James. C. "Sonny" Bailey
1290 Shar Cal Road
Calvert City, KY 42029

John Deere Credit

John Fabick Tractor
PO Box 952121
Saint Louis, MO 63195-2121

K & L Clutch & Transmission
3529 S Raider Dr
Hurst, TX 76053

Kentucky Department of Revenue
PO Box 5222
Frankfort, KY 40620-0004

Kentucky Department of Revenue

Kentucky Division of Unemployment

Kentucky Publishing. Inc
1540 McCracken Blvd
Paducah, KY 42001

Kentucky Revenue Cabinet

Landers Explosives, Inc.
16785 N State Road 66
Cannelton, IN 47520

Landers Trucking & Excavating. Inc.
16785 N State Road 66
Cannelton, IN 47520

Lease One Magnolia, LLC

Madisonville Tire & Retreading
c/o Thomas E Springer III
18 Court St
Madisonville, KY 42431

Marshall County
Benton, KY 42025

Marshall County, Kentucky
Marshall County Attorney
80 Judicial Drive, Unit 130
Benton, KY 42025

Mine and Mill Supply Company LLC
370 Mine Equipment Rd
Dawson Springs, KY 42408

PowerPlan
PO Box 4450.
Carol Stream, IL 60197-4450

Powerscreen Crushing & Screening
11901 Westport Rd
Louisville, KY 40245

Powerscreen Parts & Service. LLC
11901 Westport Rd
Louisville, KY 40245

Reliable Electric, LLC
1508 Iuka Rd
Grand Rivers, KY 42045

S&S Salvage LLC
501 Us Highway 41A North
Providence, KY 42450

Seay Oil Company Inc.
PO Box 1147
Hopkinsville, KY 42241-114

Small Business Adminstration

Sunbelt Rentals Inc.
PO Box 409211
Atlanta, GA 30384-9211

Tristate Construction, LLC
3595 Park Avenue
Paducah, KY 42001

United Rentals
PO Box 100711
Atlanta, GA 30384-0711

VCE Technical (VCE Inc. )
PO Box 25285
Nashville, TN 37202

Wil-Mar Hydraulics & Machine, Inc.
PO Box 329
Hanson, KY 42413-0329

Xylem Dewatering Solutions
1800 Supply Rd
Carterville, IL 62918

# United States Bankruptcy Court

Western District of Kentucky

**In re** Calvert City Quarry, LLC

Case No. _____

**Debtor**

Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>19,472.75</u>

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ <u>19,472.75</u>

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>0.00</u>

☐ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/27/2021

*Date*

/s/ Todd Farmer, 86214

*Signature of Attorney*

Farmer & Wright

*Name of law firm*

4975 Alben Barkley Drive
Suite 1
Paducah, KY 42001
2704434431
todd@farmerwright.com